IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02630-WJM-MJW

BROWN BROTHERS ASPHALT & CONCRETE, INC., a Colorado corporation,

Plaintiff,

v.

DDR MCH EAST LLC, a Delaware limited liability company, and
DDR CORP., an Ohio corporation,

Defendants and Third-Party Plaintiffs,

v.

CONTROL BUILDING SERVICES, INC., a Delaware limited liability company,
CONTROL EQUITY GROUP, INC., a Delaware corporation;
EDWARD TUREN; and
NEAL TUREN,

Third-Party Defendants.

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

        It is hereby ORDERED that Plaintiff Brown Brothers Asphalt & Concrete, Inc.'s Unopposed Motion to File and Amended Complaint (Docket No. 57) is granted, and the tendered Amended Complaint (Docket No. 57-1) is accepted for filing as of the date of this Minute Order.

Date: February 11, 2014