IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02630-WJM-MJW

BROWN BROTHERS ASPHALT & CONCRETE, INC., a Colorado corporation,

Plaintiff,

v.

DDR MCH EAST LLC, a Delaware limited liability company, and
DDR CORP., an Ohio corporation,

Defendants and Third-Party Plaintiffs,

v.

CONTROL BUILDING SERVICES, INC., a Delaware limited liability company,
CONTROL EQUITY GROUP, INC., a Delaware corporation;
EDWARD TUREN; and
NEAL TUREN,

Third-Party Defendants.

---

## MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Joint Motion to Modify Scheduling Order (docket no. 64) is GRANTED finding good cause shown and noting the current procedural posture of this case merits staying of discovery at this time.  The discovery deadlines contained in the Rule 16 Scheduling Order (docket no. 46) are STAYED until Judge Martinez rules on: (1) Plaintiff's Motion for Severance of Third-Party Complaint Pursuant to C.R.C.P. 14 [sic] (docket no. 15); (2) Third-Party Defendants Control Building Services, Inc.'s Control Equity Group, Inc.'s and Edward Turen's Motion to Sever and Transfer the Third-Party Complaint (docket no. 26); and (3) Defendants and Third-Party Plaintiffs, DDR MCH, LLC and DDR Corp.'s Motion for Remand (docket no. 30).  All three of the above motions are currently ripe for ruling before Judge Martinez.

    It is FURTHER ORDERED that the parties shall file a Joint Status Report with the court on the first day of each motion beginning April 1, 2014, concerning the outstanding motions listed above.  Such status reports shall be filed with the court until ruling by Judge Martinez on the above three outstanding motions.

    It is FURTHER ORDERED that the Final Pretrial Conference set before

2

Magistrate Judge Watanabe on August 15, 2014 at 10:00 a.m. is VACATED.

Date: March 17, 2014